UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SONY CORPORATION and SONY
ELECTRONICS, INC.,

        Plaintiffs,

-vs-                                    Case No. 6:12-cv-1893-Orl-28GJK

DIGITAL4LESS, INC. and AIJAZ ISHAQ,

        Defendants.
_____/

## ORDER OF DEFAULT FINAL JUDGMENT
## AND PERMANENT INJUNCTION

This case is before the Court on Plaintiffs' Motion for Default Final Judgment and Permanent Injunction Against Defendants Digital4less and Aijaz Ishaq (Doc. No. 16) filed July 23, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 3, 2013 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion for Default Final Judgment and Permanent Injunction Against Defendants Digital4less and Aijaz Ishaq is **GRANTED** in part and **DENIED** in part.

3. The Motion is granted to the extent that Plaintiffs are granted default judgment in their favor and against Defendants on their claims for trademark infringement, false designation of origin under 15 U.S.C. § 1125(a), common law unfair competition, and violations by Defendants of the Florida Deceptive and Unfair Trade Practices Act. Further, the Court enters the following **PERMANENT INJUNCTION**:

Defendants do not dispute that Sony Corporation owns three federally registered versions of the "SONY" trademark. They are SONY (Federal Registration No. 1,207,979), SONY (Federal Registration No. 1,258,436), and SONY (Federal Registration No. 1,622,127)("Plaintiffs' Marks").

Defendants DIGITAL4LESS, INC. and AIJAZ ISHAQ, along with their officers, agents, servants, employees, and attorneys and those persons in active concert or participation with them who receive actual notice of this injunction, are permanently restrained and enjoined from:

a. using Plaintiffs' Marks as trade names, company names, service marks, trademarks, Internet domain names, or other URL's or in any manner in connection with the advertising, promotion, offering for sale, sale, and/or rendering of services or SONY products and/or any other related goods or services and/or other electronic products; and

b. engaging in any acts of trademark, service mark, or trade name infringement and/or using or engaging in any false descriptions or representations or any false designations of origin and/or committing any acts of federal or state dilution and/or otherwise engaging in any acts of deceptive or unfair trade practices or unfair competition with respect

to Plaintiffs and/or Plaintiffs' family of Marks in connection with the advertising, promotion, offering for sale, sale, and/or rendering of sales and services.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2 7__ day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party